UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL NO. 04CR10307WGY
v. ) VIOLATIONS:
) 18 U.S.C. § 922(g)(1)-
STEPHEN DAROSA ) Felon in Possession of
) Firearm and Ammunition
)

INDICTMENT

COUNT ONE:   (18 U.S.C. § 922(g)(1)- Felon in Possession
of Firearm and Ammunition)

The Grand Jury charges that:

On or about March 15, 2004, at Brockton, in the District of Massachusetts,

STEPHEN DAROSA,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a HiPoint .380 caliber semi-automatic pistol, bearing serial number P781880, and three rounds of .380 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF ADDITIONAL FACTORS

The grand jury further finds the following additional facts:

1. The firearm that is the subject of Count One of the indictment had been stolen prior to the date of the defendant's alleged possession of it. Thus, U.S.S.G. § 2K2.1(b)(4) is applicable.

**A TRUE BILL**

*[signature]*
Foreperson of the Grand Jury

*[signature]*
James F. Lang
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                    September 29, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

9/29/04 @ 2:00 pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**04 CR 10307 WGY**

__Criminal Case Cover Sheet__                                    __U.S. District Court - District of Massachusetts__

Place of Offense: __Brockton__          Category No. __II__          Investigating Agency __ATF__

City __Brockton__          Related Case Information:

County __Plymouth__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Stephen Darosa__          Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __28 Clarence Street, Brockton, MA__

Birth date (Year only): __1985__  SSN (last 4 #): __3327__  Sex __M__  Race: __B__  Nationality: __USA__

Defense Counsel if known: _____          Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __James Lang__          Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  **1** Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 29, 2004          Signature of AUSA: _/s/ James Lang_

≈JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Stephen Darosa

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and Ammo | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**