# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                  CRIMINAL NO. 2004-10307-WGY

STEPHEN DEROSA,
          Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

     The defendant appeared on August 3, 2005 for arraignment. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on August 3, 2005.

An Initial Scheduling Conference will be set by Chief Judge Young.


*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge


Date:  August 3, 2005.