AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

STEPHEN DAROSA

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10307 WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Stephen Darosa_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being a previously convicted felon in possession of a firearm and ammunition

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

_____
Name and Title of Issuing Officer: Supervisor

_9-30-04 Boston_
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

WARRANT EXECUTED BY ATF
ARREST/ARRAIGNMENT OF THE 8/3/05
DEFENDANT ON

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.