✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### FOR THE _____ DISTRICT OF _____ MASSACHUSETTS

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| STEPHEN DAROSA | Case Number:  04-CR-10307-WGY-1 |

| PRESIDING JUDGE COLLINGS | GOVERNMENT'S ATTORNEY HASAB | DEFENDANT'S ATTORNEY McMann |
|---|---|---|
| TRIAL DATE (S) DETENTION HRG - 8/12/2005 | COURT REPORTER DIGITAL | COURTROOM DEPUTY NOREEN A. RUSSO |

| Gov't NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | 1 | 8/12/2005 | X | 8/12/2005 | FENCE PHOTO 40 CLARANCE ST. |
| | 2 | 8/12/2005 | X | 8/12/2005 | BACKYARD PHOTO 40 CLARANCE ST. |
| | 3 | 8/12/2005 | X | 8/12/2005 | BACKYARD PHOTO 40 CLARANCE ST. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | WITNESS ONE: ATF  SPECIAL AGENT SHEILA O'HARA |
| | | | | | WITNESS TWO:  STEPHEN DAROSA |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.