UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                      )
UNITED STATES OF AMERICA                          )
                                                                      )
V.                                                                    )          CASE NO. 04-10307-WGY
                                                                      )
STEPHEN DEROSA                                          )
_____)

### AFFIDAVIT OF EUGENE PATRICK McCANN IN SUPPORT OF THE MOTION FOR FUNDS FOR INDEPENDENT PRIVATE INVESTIGATOR

I, Eugene Patrick McCann, being under oath, do depose and state as follows:

1.      I am an attorney duly licensed to practice law in this Court.

2.      I am the appointed counsel of record for Stephen DeRosa.

3.      I have personal knowledge of all facts set forth in this Affidavit.

4.      The Government has done extensive research and investigation on this case, and it is necessary for the accused to conduct his own research, analysis and investigation and secure the appearance of all potential witnesses.  Accordingly, this request for funds is fair and reasonable and the information sought is necessary and material to the proper development of his defense.

5.      It is my reasonable expectation that I will require at least forty (40) hours of Mr. Fawcett's required time on this case.

6.      The accused is indigent and without funds to retain his own investigator.  I am his appointed counsel, and he has been determined to be indigent by this Court.

7.      Mr. Fawcett is a duly licensed and experienced private investigator in the

Commonwealth of Massachusetts.  He is been an approved private investigator by the Committee

for Public Counsel Services.

Signed under the pains and penalties if perjury this 23rd day of August, 2005.

/s/ Eugene Patrick McCann

_____

Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel.  (978) 686-5664

## CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, counsel for Stepehen DeRosa, certify under the pains and
penalties of perjury, that I have on this 23rd day of August, 2005, served a copy of the foregoing
to be delivered by electronic filing to:

AUSA Paul R. Moore
Office of the United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, Massachusetts 02210

/s/ Eugene Patrick McCann

_____

Eugene Patrick McCann