UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                                                CRIMINAL
                                                                  NO. 04-10307 -WGY

**STEPHEN DAROSA**

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on <u>AUG. 3, 2005</u> before <u>COLLINGS, USM</u>, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by <u>8/31/05</u> See L.R116.1(C).

B. The defendant shall provide automatic discovery by <u>8/31/05</u>. See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by <u>9/14/05</u>. See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 9/28/05. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on <u>OCT. 4, 2005</u> at <u>2:00</u> p.m. in Courtroom No. <u>18</u> on the <u>5</u> floor.

By the Court,

9/20/05                                              /s/ Elizabeth Smith

Date                                                 Deputy Clerk

(Crinsch1.wp - 11/24/98)