UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO. 04-10307-WGY |
| ) | |
| STEPHEN DAROSA ) | |

**ASSENTED TO MOTION OF THE ACCUSED
TO CONTINUE SUBSTANTIVE MOTION FILING DEADLINES AND FURTHER
PRETRIAL CONFERENCE DATE**

Now comes Stephen DeRosa, the accused in the above-entitled criminal matter and pursuant to Fed. R. Crim. P. Rule 12 and LR 7.1, respectfully moves this Honorable Court to (1) continue the substantive motion filing deadline from November 9, 2005 to November 23, (2) continue the time to respond to substantive motions to December 7, 2005, and (3) continue the further pretrial conference date from December 8, 2005 to December 22, 2005 or to a time convenient to this Court..

As grounds for this Motion, the accused states as follows:

1.    The accused anticipates filing a motion to suppress based upon facts elicited from a motion to suppress heard before a Massachusetts court, Brockton District Court.

2.    Counsel for the accused has obtained the audio tape of said motion hearing, has sent it out to be transcribed, but has not received the transcript as of the present time.

3.    Counsel for the accused anticipates receiving the transcript within the next two weeks.

4. Also, the accused's private investigator is in the process of interviewing witnesses in connection with the motion to suppress. Counsel for the accused anticipates receiving written statements from these witnesses within the next two weeks.

                                                Respectfully submitted for,
                                                Stephen DaRosa, by his Attorney,

                                                /s/ Eugene Patrick McCann
                                                _____
                                                Eugene Patrick McCann, BBO #327400
                                                Manzi and McCann
                                                59 Jackson Street
                                                Lawrence, Massachusetts 01840
                                                Tel. (978) 686-5664

DATED: November 3, 2005

                                                ASSENTED TO:
                                                UNITED STATES OF AMERICA

                                                /s/ Paul R. Moore
                           By:    _____
                                                Paul R. Moore
                                                Assistant United States Attorney

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      I hereby certify that on this date my office conferred with AUSA Paul R. Moore, and he indicated that he would assent to this Motion.

/s/ Eugene Patrick McCann
_____

Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel. (978) 686-5664

## **CERTIFICATE OF SERVICE**

      I, Eugene Patrick McCann, counsel for Stepehen DaRosa, certify under the pains and penalties of perjury, that I have on this 3rd day of November, 2005, served a copy of the foregoing to be delivered by electronic filing to:

AUSA Paul R. Moore
Office of the United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, Massachusetts 02210

/s/ Eugene Patrick McCann
_____

Eugene Patrick McCann