UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | CASE NO. 04-10307-WGY |
| STEPHEN DAROSA | ) ) ) | |

**AFFIDAVIT OF EUGENE PATRICK McCANN IN SUPPORT OF THE ASSENTED TO MOTION OF THE ACCUSED TO CONTINUE SUBSTANTIVE MOTION FILING DEADLINES AND FURTHER PRETRIAL CONFERENCE DATE**

I, Eugene Patrick McCann, being under oath, do depose and state as follows:

1. I am an attorney duly licensed to practice law in this Court.

2. I am the appointed counsel of record for Steven DaRosa.

3. I have personal knowledge of all facts set forth in this Affidavit.

4. The accused anticipates filing a motion to suppress based upon facts elicited from a motion to suppress heard before a Massachusetts court, Brockton District Court.

5. I have obtained the audio tape of said motion hearing, have sent it out to be transcribed, but I have not received the transcript as of the present time.

6. I anticipate receiving the transcript within the next two weeks.

7. Also, the accused's private investigator is in the process of interviewing witnesses in connection with the motion to suppress. I anticipate receiving written statements from these witnesses within the next two weeks.

Signed under the pains and penalties of perjury this 3rd day of November, 2005.

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel.  (978) 686-5664

DATED:  November 3, 2005

## CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, counsel for Stepehen DaRosa, certify under the pains and penalties of perjury, that I have on this 3rd day of November, 2005, served a copy of the foregoing to be delivered by electronic filing to:

AUSA Paul R. Moore
Office of the United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, Massachusetts 02210

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann