UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10307-WGY |
| | ) | |
| | ) | |
| STEPHEN DAROSA, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S PROPOSED EXHIBIT LIST**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this revised Proposed Exhibit List in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

1 - .380 caliber handgun ("High Point" bearing serial number P781880)

2 - 2 rounds of .380 caliber ammunition

3 - 1 round of .9mm caliber ammunition

4 - Fingerprints taken at Brockton Police Booking - (March 15, 2004)

5 - Fingerprints taken at Brockton Police Booking - (October 25, 2002)

6 - Certified Copy of Conviction - Brockton District Ct. - (Docket No. 0215 CR 009028B)

9 - Certification of Examination and Test-Firing (dated March 29, 2004) (FID #33606)

10 - Records Check on Stolen Firearm (Trace by ATF)

11 - Investigative Report by Brockton Police relating to report of stolen firearm (Case No. 03010648) (August 18, 2003)

12 - Image of Firearm (Exh. 1) on Mulch Pile

13 - Image of defendant (at booking for October 25, 2002 felony offense conduct)

14 - Image of defendant (at intake for imprisonment related to October 25, 2002 felony offense conduct)

                                             Respectfully submitted,

                                             MICHAEL J. SULLIVAN
                                             United States Attorney

                            By:    /s/ Paul R. Moore
                                  Paul R. Moore
                                  Assistant U.S. Attorney

November 14, 2005

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney for defendant STEPHEN DAROSA, Eugene Patrick McCann, Esq., on November 14, 2005, via electronic filing (Manzi & McCann, Attorneys At Law, 59 Jackson Street, Lawrence, Massachusetts 01840).

                                             /s/ Paul R. Moore
                                             Paul R. Moore
                                             Assistant U.S. Attorney