UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10307-WGY |
| | ) | |
| | ) | |
| STEPHEN DAROSA, | ) | |
|     Defendant. | ) | |

GOVERNMENT'S PROPOSED WITNESS LIST

    The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:

1. Special Agent Sheila M. O'Hara
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

2. Special Agent Jody Minick
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

3. Angelo "Tony" Thurman
   Firearms and Ammunition Expert
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

4. Detective Patrick Donohoe
   Brockton Police Department
   7 Commercial Street
   Brockton, Massachusetts 02302

5. Officer Joseph Butler
    Brockton Police Department
    7 Commercial Street
    Brockton, Massachusetts 02302

6. Officer Patrick O'Malley
    Brockton Police Department
    7 Commercial Street
    Brockton, Massachusetts 02302

7. Michael Arnold
    Firearms and Ballistics Expert
    Massachusetts State Police
    Firearms Identification Section
    59 Horse Pond Road
    Sudbury, Massachusetts 01776

8. Trooper David M. Cahill
    Massachusetts State Police
    Firearms Identification Section
    59 Horse Pond Road
    Sudbury, Massachusetts 01776

9. Trooper T. McCarthy
    Massachusetts State Police
    Framingham, Massachusetts

10. Trooper Eric Telford
    Massachusetts State Police
    Framingham, Massachusetts

11. Trooper C. Collazo
    Massachusetts State Police
    Framingham, Massachusetts

12. Sgt. Mark Kiley
    Massachusetts State Police
    Framingham, Massachusetts

13. Michael Chadwick
    Brockton, Massachusetts

14. Stephanie Forbes
    Bureau of Alcohol, Tobacco and Firearms
    United States Department of Justice
    Firearms Enforcement Branch
    10 Causeway Street, Room 701
    Boston, Massachusetts 02222

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By:   /s/ Paul R. Moore
       Paul R. Moore
       Assistant U.S. Attorney

November 14, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney for defendant STEPHEN DAROSA, Eugene Patrick McCann, Esq., on November 14, 2005, via electronic filing (Manzi & McCann, Attorneys At Law, 59 Jackson Street, Lawrence, Massachusetts 01840).

                                            /s/ Paul R. Moore
                                            Paul R. Moore
                                            Assistant U.S. Attorney