UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10307-WGY |
| | ) | |
| | ) | |
| STEPHEN DAROSA, | ) | |
| Defendant. | ) | |

GOVERNMENT'S AMENDED PROPOSED WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:

1. Special Agent Sheila M. O'Hara
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

2. Special Agent Jody Minick
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

3. Angelo "Tony" Thurman
   Firearms and Ammunition Expert
   Bureau of Alcohol, Tobacco and Firearms
   United States Department of Justice
   10 Causeway Street, Room 701
   Boston, Massachusetts 02222

4. Detective Patrick Donohoe
   Brockton Police Department
   7 Commercial Street
   Brockton, Massachusetts 02302

5. Officer Joseph Butler
   Brockton Police Department
   7 Commercial Street
   Brockton, Massachusetts 02302

6. Officer Patrick O'Malley
   Brockton Police Department
   7 Commercial Street
   Brockton, Massachusetts 02302

7. Michael Arnold
   Firearms and Ballistics Expert
   Massachusetts State Police
   Firearms Identification Section
   59 Horse Pond Road
   Sudbury, Massachusetts 01776

8. Trooper David M. Cahill
   Massachusetts State Police
   Firearms Identification Section
   59 Horse Pond Road
   Sudbury, Massachusetts 01776

9. Trooper Michael McCarthy
   Massachusetts State Police
   Framingham, Massachusetts

10. Trooper Eric Telford
    Massachusetts State Police
    Framingham, Massachusetts

11. Trooper Jamie Collazo
    Massachusetts State Police
    Framingham, Massachusetts

12. Sgt. Mark Kiley
    Massachusetts State Police
    Framingham, Massachusetts

13. Michael Chadwick
    Brockton, Massachusetts

14. Stephanie Forbes
    Bureau of Alcohol, Tobacco and Firearms
    United States Department of Justice
    Firearms Enforcement Branch
    10 Causeway Street, Room 701
    Boston, Massachusetts 02222

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:    /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney

November 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant STEPHEN DAROSA, Eugene Patrick McCann, Esq., on November 14, 2005, via electronic filing (Manzi & McCann, Attorneys At Law, 59 Jackson Street, Lawrence, Massachusetts 01840).

                              /s/ Paul R. Moore
                              Paul R. Moore
                              Assistant U.S. Attorney