UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO. 04-10307-WGY |
| ) | |
| STEPHEN DEROSA ) | |

## ASSENTED TO MOTION OF THE ACCUSED
## FOR RETURN OF BAIL

Now comes Stephen DeRosa, the accused in the above-entitled criminal matter and pursuant to Fed. R. Crim. P. Rule 12 and LR 7.1, respectfully moves this Honorable Court to order the return to Idilia Darosa, the mother of the accused, the $10,000.00 cash bail paid in this case.

As grounds for this Motion, the accused states as follows:

1. At his arraignment, the Court ordered Mr. Darosa released upon the payment of $10,000.00 cash bail.

2. Mr. Darosa's bail was paid by his mother, Idilia Darosa.

3. While on release, Mr. Darosa was re-arrested and is currently being held in custody pending his arraignment on a superceding indictment.

4. As a result, the bail previously paid by Idilia Darosa should be reruned to her.

5. Attorney McCann contacted AUSA Paul R. Moore regarding this issue, and AUSA Moore has assented to the return of the bail money.

        Respectfully submitted for,
        Stephen DeRosa, by his Attorney,


        /s/ Eugene Patrick McCann
        _____
        Eugene Patrick McCann, BBO #327400
        Manzi and McCann
        59 Jackson Street
        Lawrence, Massachusetts 01840
        Tel. (978) 686-5664

DATED: December 6, 2005

        ASSENTED TO:
        UNITED STATES OF AMERICA


        /s/ Paul R. Moore
By:  _____
        Paul R. Moore
        Assistant United States Attorney


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

     I hereby certify that on this date my office conferred with AUSA Paul R. Moore, and he indicated that he would assent to this Motion.


        /s/ Eugene Patrick McCann
        _____
        Eugene Patrick McCann, BBO #327400
        Manzi and McCann
        59 Jackson Street
        Lawrence, Massachusetts 01840
        Tel. (978) 686-5664

**CERTIFICATE OF SERVICE**

    I, Eugene Patrick McCann, counsel for Stepehen DeRosa, certify under the pains and penalties of perjury, that I have on this 6th day of December, 2005, served a copy of the foregoing to be delivered by electronic filing to:

AUSA Paul R. Moore<br>
Office of the United States Attorney<br>
U.S. Courthouse, Suite 9200<br>
One Courthouse Way<br>
Boston, Massachusetts 02210

                                                /s/ Eugene Patrick McCann

                                                Eugene Patrick McCann