UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10307-WGY |
| v. ) | |
| ) | Count 1: 18 U.S.C. § 922(g)(1) |
| STEPHEN DAROSA, ) | Felon in Possession of Firearm |
| Defendant. ) | and Ammunition |
| ) | Count 2: 21 U.S.C. § 841(a)(1) |
| ) | Possession of Cocaine Base |
| ) | With Intent to Distribute |
| ) | |

## SUPERSEDING INDICTMENT

**COUNT ONE**:   (18 U.S.C. § 922(g)(1)- Felon in Possession of Firearm and Ammunition)

The Grand Jury charges that:

On or about March 15, 2004, at Brockton, in the District of Massachusetts,

**STEPHEN DAROSA,**

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a HiPoint .380 caliber semi-automatic pistol, bearing serial number P781880, and three rounds of .380 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

-1-

**COUNT TWO**:  (21 U.S.C. § 841(a)(1) – Possession of Cocaine Base With Intent to Distribute)

The Grand Jury charges that:

On or about November 19, 2005, at Brockton, in the District of Massachusetts,

**STEPHEN DAROSA**,

the defendant herein, did knowingly and intentionally possess with intent to distribute, a quantity of cocaine base, a Schedule II controlled substance.

The Grand Jury further charges that this Count involved 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, as described in Title 21, United States Code, Section 841(b)(1)(A)(ii), in violation of Title 21, United States Code, Section 841 (b)(1)(b)(iii).

All in violation of Title 21, United States Code, § 841(a)(1).

A TRUE BILL:

*[signature]*
FOREMAN OF THE GRAND JURY

*[signature]*
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; December 14, 2005, at  12:40  .

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK     12:40   12/14/05

-3-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: Brockton      Category No. II      Investigating Agency  ATF

City  Brockton            Related Case Information:

County  Plymouth          Superseding Ind./ Inf.  04-10307WGY    Case No. _____
                          Same Defendant   x        New Defendant _____
                          Magistrate Judge Case Number _____
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Stephen Darosa                     Juvenile   [ ] Yes   [X] No

Alias Name _____

Address  28 Clarence Street, Brockton, MA

Birth date (Year only): 1985  SSN (last 4 #): 3327  Sex M  Race: B    Nationality: USA

Defense Counsel if known:  Eugene Patrick McCann       Address: 59 Jackson Steet
                                                               Lawrence, MA  01840

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Paul R. Moore                        Bar Number if applicable _____

Interpreter:  [ ] Yes  [X] No      List language and/or dialect: _____

Matter to be SEALED:  [X] Yes   [ ] No

  [ ] Warrant Requested      [ ] Regular Process      [X] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____ .
[X] Already in State Custody _____        [ ] Serving Sentence   [X] Awaiting Trial
[X] On Pretrial Release:  Ordered by  M.J. Collings     on   August 18, 2005 (Count 1 only)

Charging Document:   [ ] Complaint    [ ] Information   [X] Indictment

Total # of Counts:   [ ] Petty _____   [ ] Misdemeanor _____   [2] Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  December 14, 2005        Signature of AUSA:  *PJR.M*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Stephen Darosa

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and Ammo | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Poss. of Cocaine Base w/ Intent to Distribute | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**