UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10307-WGY |
| ) | |
| STEPHEN DAROSA ) | |
| Defendant.  ) | |
| ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore respectfully represents:

1.  That STEPHEN DAROSA is presently incarcerated at the Plymouth County House of Corrections in Plymouth, Massachusetts, and that on December 19, 20 and 21, 2005, he will be incarcerated at that institution.

2.  That STEPHEN DAROSA has been ordered by the undersigned to appear for an Arraignment in the above-captioned matter in Courtroom 23 at 2:00 P.M. on December 20, 2005, at the John Joseph Moakley Federal Courthouse, One Courthouse Way, Boston, MA 02110.

WHEREFORE, petitioner prays that a Writ of Habeas Corpus Ad Testificandum issue from this Court to be directed to the Warden, Plymouth County House of Corrections in Plymouth, Massachusetts, or to any other person having custody and control of STEPHEN DAROSA, commanding them to produce STEPHEN DAROSA to the United States Marshal, District of Massachusetts, John J. Moakley Federal Courthouse, One Courthouse Way, Boston, MA 02210, for an Arraignment at 2:00 P.M. on December 20, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney


ALLOWED:

_____
Hon. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE


DATED: _____