# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: WARDEN
   PLYMOUTH COUNT HOUSE OF CORRECTIONS
   PLYMOUTH, MA

YOU ARE COMMANDED to have the body of  STEPHEN DAROSA  now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.    23   , on the        7th       floor, Boston, Massachusetts on  12/20/2005  , at    2:00 P.M.      for the purpose of     Arraignment      in the case of UNITED STATES OF AMERICA V.    STEPHEN DAROSA  Docket  Number     04-CR-10307-WGY       .

   And you are to retain the body of said    STEPHEN DAROSA           while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   STEPHEN DAROSA          to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

   Dated this      16 th       day of   December, 2005          .

                                        SARAH A. THORNTON
                                        CLERK OF COURT
   SEAL

                              By:    /s/ Noreen A. Russo
                                  Noreen A. Russo, Deputy Clerk
                                  to the Honorable Robert B. Collings