PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

Stephan Darosa                              Docket No.#04-10307-01

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant Stephen Darosa, who was released on bail by the Honorable Robert B. Collings, on August 18, 2005, under the following conditions:

1. House arrest w/ electronic monitoring.
2. Third party custody to parents Idilia and Alberto Darosa.
3. Maintain residence 28 Clearance St. Brockton, MA.
4. Do not possess/use any illegal narcotics.
5. Do not possess any firearms or destructive devices.
6. Refrain from excessive use of alcohol.
7. Submit to random drug testing.
8. Surrender Passport and do not apply for another.
9. Notify Pretrial Services w/in 24 hours of any new arrests.
10. Statutory conditions.

And respectfully seeks action by the Court for violations that include:

(Please refer to attached violation memorandum)

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

__X__  Issue a Warrant

_____ Issue a Summons for the defendant to appear for a show cause hearing

_____ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2005   Place  Boston, Massachusetts

_____ Date 11/21/05

U.S. Pretrial Services Officer

ORDER OF COURT

__✓__ Warrant to Issue

_____ Summons to issue. Clerk to schedule show cause hearing.

_____ Other:

Considered and ordered this _____ day of _____, 20___, and ordered filed and made part of the record in the above case.

_____
Judicial Officer



# MEMORANDUM

**To:** Honorable Robert B. Collings  U.S. Magistrate Judge

**From:** Christopher Wylie, Electronic Monitoring Specialist

**Re:** Darosa, Stephen
CR# 04-10307

**Date:** November 21, 2005

This memorandum is being submitted to advise Your Honor that Mr. Darosa violated his electronic monitoring conditions by leaving his residence without permission and being arrested for Possession with Intent to Distribute Cocaine and Possession of a Firearm.

As Your Honor is aware Mr. Darosa was released on conditions including electronic monitoring on August 18, 2005.

On November 17, 2005, this officer received a page from BI Monitoring Co. indicating that Mr. Darosa left his residence at 9:57 p.m. and Mr. Darosa returned at 10:27 p.m. Mr. Darosa stated that he was downstairs.

On November 19, 2005, Mr. Darosa was arrested by the Brockton Police Department at 7:40 a.m. for Possession With Intent to Distribute Cocaine, Possession with Intent to Distribute Marijuana, Possession of a 44 Magnum hand gun. ( Please see attached police report).

Mr. Darosa is currently in custody and this officer respectfully request that a warrant be issued for his arrest.

Sincerely,

Christopher Wylie
Electronic Monitoring Specialist

CC: Paul Moore, AUSA
    Eugene P. McCann, Esq.

Reviewed by :

John R. Riley,
Chief U.S. Pretrial Services Officer

```
!----------------- -----!                                    !--------------- -------!
! Offense/Incident      !                                    ! Case No.              !
!                       !   BROCKTON POLICE DEPARTMENT       !                       !
! TRAFF IN CS A OR B    !          ARREST REPORT             !     05014352          !
!----------------------------------------------------------------------------------!
! Offense Date and Time ! Day ! Arrest Date and Time ! Day ! Domestic Violence?!
! 11/19/2005   07:40    ! Sat ! 11/19/2005   07:40   ! Sat !        NO         !
!----------------------------------------------------------------------------------!
! Location of Offense         ! Apt ! Sector ! Wrd ! Prec ! Arresting Officer !
! 28/CLARENCE ST              !  1  !   NW   !  7  !  7D  ! KEATING THOMAS    !
!----------------------------------------------------------------------------------!
! Defendant's Name            ! Sex ! Race ! Hgt ! Wgt ! D.O.B.      ! A/J   !
! DAROSA     STEPHEN    J     !  M  !  B   ! 508 ! 170 ! 09/03/1985  ! ADULT !
!----------------------------------------------------------------------------------!
! Defendant's Address                       ! Social Security No.               !
! 28/CLARENCE ST  1ST BROCKTON M            !      011723327                    !
!----------------------------------------------------------------------------------!
! Offense(s) Charged    A !                 B !                      C !
! TRAFF IN CS A OR B      ! DRUGS W/SCH'L ZONE ! UNL POSS INT/DIS D    !
!----------------------------------------------------------------------------------!
!                       D !                 E !                      F !
! UNL POSS AMMUNITIO      ! UNL POSS FIREARM  ! UNL POSS INT/DIS B     !
!----------------------------------------------------------------------------------!
! Weapon(s) Used              ! Location of Arrest                          !
!                             ! 28/CLARENCE ST                              !
!----------------------------------------------------------------------------------!
! Co-Defendant                ! Address                         ! D.O.B.    !
! DAROSA     JAMES      A     ! 28/CLARENCE ST #1 BROCKTON MA   ! 04/26/1984!
!----------------------------------------------------------------------------------!
! Type of Property  ! Make   ! Model   ! Color 1 ! Color 2 ! Value !
! DRUGS/ILLICIT     ! M      !         !         !  WHI    !  $    !
!----------------------------------------------------------------------------------!
! Witness 1                   ! Sex ! Race ! D.O.B              !
! KEATING      THOMAS         !  M  !  W   !                    !
!----------------------------------------------------------------------------------!
! Residence Address           ! Res Telephone ! Bus Telephone   !
! BPD                         !               !                 !
!----------------------------------------------------------------------------------!
! Witness 2                   ! Sex ! Race ! D.O.B              !
! MORRISSEY    ROBERT         !  M  !  W   !                    !
!----------------------------------------------------------------------------------!
! Residence Address           ! Res Telephone ! Bus Telephone   !
! BPD                         !               !                 !
!----------------------------------------------------------------------------------!
!     Narrative:
!    !----------
!  1 ! WITNESSES- SGT O'CONNELL/ DET COSTELLO/ DET STANTON/ TRP SGT KIELY/
!  2 ! TRP MCCARTHY/ TRP WALLS/ TRP TELSFORD/ TRP JACKSON/ TRP ARRYYO/
!  3 ! TRP LEVANGIE/ TRP BOYLE/ TRP BUCKLEY.
!  4 !
!  5 !      ON THE ABOVE DATE AND TIME ABOVE OFFICERS UNDER THE DIRECTION OF
!  6 ! SGT O'CONNELL EXEXCUTED A SEARCH WARRANT AT 28/CLARENCE ST, FIRST
!  7 ! FLOOR AND BASEMENT. AT THIS TIME ABOVE OFFICERS APPROACHED THE FIRST
!  8 ! FLOOR APARTMENT DOOR. DET KEATING KNOCKED AND ANNOUNCED "BROCKTON
!  9 ! POLICE" SEARCH WARRANT". THE OFFICERS WAITED, WITH NO RESPONSE, DET
! 10 ! KEATING FORCED THE DOOR OPEN WITH THE BATTERING RAM. AT THIS TIME
! 11 ! THE TWO DEF'S WERE SECURED IN THE BASEMENT (DONE OVER INTO AN LIVING
```

```
                                                                              Page  2
!------------------------!                                      !---------------!
! Offense/Incident       !                                      ! Case No.      !
!                        !        BROCKTON POLICE DEPARTMENT    !               !
! TRAFF IN CS A OR B     !             ARREST REPORT            !    0501435?   !
!------------------------!--------------------------------------!---------------!
! 12 ! ARRANGEMENTS), DEF STEPHEN DAROSA WAS SECURED SLEEPING ON A COUCH,
! 13 ! WHILE JAMES DAROSA WAS SLEEPING IN THE BEDROOM. WITH BOTH DEF'S
! 14 ! SECURED, SGT O'CONNELL ADVISED EVERYONE IN THE FIRST FLOOR APARTMENT,
! 15 ! AND BASEMENT OF THE SEARCH WARRANT. SGT O'CONNEL THEN ADVISED BOTH
! 16 ! DEF'S OF THEIR RIGHTS PER MIRANDA, BOTH DEF'S STATED THEY "UNDERSTOOD
! 17 ! THEIR RIGHTS". AT THIS TIME A SEARCH OF THE FIRST FLOOR AND THE
! 18 ! BASEMENT WAS CONDUCTED.
! 19 !        FOUND IN THE BASEMENT LIVING AREA- BY SGT KIELY WAS A TOTAL OF
! 20 ! $2650 U.S. CURRENCY IN A PAIR OF MEN'S PANTS BELONGING TO STEPHEN
! 21 ! DAROSA NEXT TO THE COUCH STEPHEN DAROSA WAS SLEEPING. THE MONEY WAS
! 22 ! FOUND IN THREE DIFERENT POCKETS OF THE PANTS, IN ONE POCKET THERE WAS
! 23 ! THERE WAS $2047, ANOTHER POCKET WAS $516, AND THE THIRD POCKET WAS
! 24 ! $ 87 U.S. CURRENCY.
! 25 ! -FOUND BY TRP WALLS- TUCKED UNDER A CUSHION ON THE COUCH THAT STEPHEN
! 26 ! DAROSA WAS SLEEPING WAS TWO CLEAR PLASTIC BAGS OF A WHITE POWDER
! 27 ! ONE BAG WAS 62.5 GMS AND THE OTHER WEIGHING 1.7GM. TESTED AS COCAINE.
! 28 ! -FOUND BY DET STANTON- PAPERWORK BELONGING TO BOTH STEPHEN AND JAMES
! 29 ! DAROSA IN THE BASEMENT. FOUND IN THE BEDROOM WAS A FEDEX ENVELOPE AND
! 30 ! AN ATTORNEY'S PAPERWORK ADDRESSED TO STEPHEN DAROSA ON THE HEAT BOARD
! 31 ! OF THE BED. ALSO FOUND IN THE BEDROOM ON THE BUREAU ADDRESSED TO
! 32 ! JAMES DAROSA WAS THREE ENVELOPES. AND FOUND IN THE LIVINGROOM WHERE
! 33 ! STEPHEN DAROSA ON A BUREAU WHERE STEPHEN DAROSA WAS SLEEPING ON THE
! 34 ! COUCH WAS A PIECE OF MAIL BELONGING TO JAMES DAROSA. ON THE BUREAU WAS
! 35 ! 2 SCALES WITH BAGS AND A PAIR OF SCISSORS, BY STANTON IN THE BEDROOM
! 36 ! -FOUND BY COSTELLO- A SHOE BOX CONTAINING TWO CLEAR BAGS, ONE OF THE
! 37 ! BAGS CONTAINED 28 SMALL ZIP-LOCK OF A GREENISH HERB SUBSTANCE, AND THE
! 38 ! OTHER BAG CONTAINED 9 GRAMS OF A GREENISH HERB SUSBTANCE. ALSO
! 39 ! PAPERWORK FOR JAMES AND STEPHEN DAROSA WAS IN THE SHOE BOW WITH THE
! 40 ! GREEN HERB, ALSO IN THE SHOE BOX WAS A RITE WEIGH DIGITAL SCALE,
! 41 ! AND EMPTY PLASTIC BAGS.
! 42 ! -FOUND BY TRP LEVANGIE UNDER THE BED THAT JAMES DAROSA WAS
! 43 ! SLEEPING ON WAS A 44 MAGNUM HANDGUN LOADED WITH 6 ROUNDS AND A HOLSTER
! 44 ! NEXT TO THE GUN, AND EMPTY GALLON BAGS WITH GREEN HERB RESIDUE.
! 45 ! -MORRISEY- FOUND A SMALLER BAG OF A OFF WHITE HARD ROCK LIKE SUBSTANCE
! 46 ! IN THE BEDROOM ON A SHELF. THIS BAG CONTAINED 29 INDIVIDUAL HITS
! 47 ! WEIGHING OUT TO 8.5 GRAMS.
! 48 ! -TELSFORD FOUND TWO CELLPHONES ON A TABLE NEXT TO THE COUCH WHERE
! 49 ! STEPHEN DAROSA WAS SLEEPING.
! 50 ! -TRP ARROYO FOUND A SMALL BAG OF A GREENISH HERB SUBSTANCE IN A
! 51 ! BEDROOM ON THE FIRST FLOOR.
! 52 !
! 53 !     DET STANTON MEASURED THE DISTANCE BETWEEN 28 CLARENCE ST AND THE
! 54 ! SOUTH SHORE CHRISTIAN SCHOOL AT 899 NORTH MAIN ST. THE MEASUREMENT
! 55 ! WAS 183 FEET.
! 56 !     TOTAL WEIGHT OF THE COCAINE WAS 72.7 GRAMS
! 57 !     TOTAL WEIGHT OF THE MARIJUANA 44 GRAMS
! 58 !
! 59 !     STEPHEN DAROSA AT THE TIME OF THE SEARCH WARRANT WAS UNDER
! 60 ! HOUSE ARREST, BEING MONITORED BY AN ANKLE BRACELET BY FEDERAL
! 61 ! GOVERNMENT.
!---------------------------------------------------------------------------------!
```

```
                                                                              Page  3
!---------- ----------!                        !--------- ------------!
! Offense/Incident    !                        ! Case No.             !
!                     ! BROCKTON POLICE DEPARTMENT                    !
! TRAFF IN CS A OR B  !      ARREST REPORT     !    05014352          !
!-------- ----------- !                        !--------- ----------  !
! Signed under the pains & penalties of perjury. (Arresting Officer Signature) !
!                                                                              !
!                                                                              !
!---- ----------- ---------------- ------------- ------------     ----!
! Report Date  ! Supervisors Signature                                        !
!              !                                                              !
!              !                                                              !
!-------- ---------- ---------------- -------------- --------------  ------!
```