# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                            CRIMINAL NO. 2004-10307-WGY

STEPHEN DAROSA,
          Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

    The defendant was arraigned before me on the Superseding Indictment on December 20, 2005.

    The file is RETURNED to the Clerk's Office with instructions that the following docket entry be made: CASE NO LONGER REFERRED TO MAGISTRATE JUDGE COLLINGS.

                                            /s/ Robert B. Collings
                                            ROBERT B. COLLINGS
                                            United States Magistrate Judge

Date: December 20, 2005.