AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

STEPHEN DAROSA

2005 FEB -8 A 9: 32

## WARRANT FOR ARREST

Case Number:  04-CR-10307-WGY-1

2005 NOV 23 A 10: 15

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ STEPHEN DAROSA
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X Order of   ☐ Probation   ☐ Supervised Release   ☐ Violation
                                                     court        Violation         Violation Petition        Notice
                                                                   Petition

charging him or her with   (brief description of offense)

VIOLATION(S) OF CONDITIONS OF PRETRIAL RELEASE

in violation of Title _____ United States Code, Section(s) _____

ROBERT B. COLLINGS
Name of Issuing Officer                         Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE          11/22/2005 U.S.D.C.  BOSTON, MA
Title of Issuing Officer                          Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

| RETURN | USMS D/MA |
| --- | --- |

This warrant was received and executed with the arrest of the above-named defendant
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/26/2006

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |