UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10307-WGY |
| | ) | |
| | ) | |
| STEPHEN DAROSA, | ) | |
| Defendant. | ) | |

GOVERNMENT'S SECOND REVISED PROPOSED WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:


1.      Special Agent Sheila M. O'Hara - Lead Case Agent
        Bureau of Alcohol, Tobacco and Firearms
        United States Department of Justice
        10 Causeway Street, Room 701
        Boston, Massachusetts 02222

2.      Special Agent Philip C. Ball
        Firearms and Ammunition Expert
        Bureau of Alcohol, Tobacco and Firearms
        United States Department of Justice
        10 Causeway Street, Room 701
        Boston, Massachusetts 02222

3.      Detective Patrick Donohue
        Brockton Police Department
        7 Commercial Street
        Brockton, Massachusetts 02302

4.      Officer Joseph Butler
        Brockton Police Department
        7 Commercial Street
        Brockton, Massachusetts 02302

5.      Officer Patrick O'Malley
        Brockton Police Department
        7 Commercial Street
        Brockton, Massachusetts 02302

6.      Trooper Michael Arnold
        Firearms and Ballistics Expert
        Massachusetts State Police
        Firearms Identification Section
        59 Horse Pond Road
        Sudbury, Massachusetts 01776

7.      Trooper David M. Cahill
        Massachusetts State Police
        Firearms Identification Section
        59 Horse Pond Road
        Sudbury, Massachusetts 01776

8.      Trooper Michael McCarthy
        Massachusetts State Police
        Middleborough, Massachusetts

9.      Trooper Eric Telford
        Massachusetts State Police
        Middleborough, Massachusetts

10.     Trooper Jamie Collazo
        Massachusetts State Police
        Middleborough, Massachusetts

11.     Sgt. Mark Kiley
        Massachusetts State Police
        Middleborough, Massachusetts

12.     Michael Chadwick
        Brockton, Massachusetts

13.     Elisabeth O'Brien
        Chemist III
        Drug Analysis Laboratory
        Department of Health
        Commonwealth of Massachusetts
        305 South Street
        Jamaica Plain, Massachusetts 02130

14.    Det. Thomas E. Keating
       Brockton Police Department
       7 Commercial Street
       Brockton, Massachusetts 02302

15.    Sgt. Mike O'Connell
       Brockton Police Department
       7 Commercial Street
       Brockton, Massachusetts 02302

16.    Det. George Costello
       Brockton Police Department
       7 Commercial Street
       Brockton, Massachusetts 02302

17.    Det. Timothy Stanton
       Brockton Police Department
       7 Commercial Street
       Brockton, Massachusetts 02302

18.    Trooper Frank Walls
       Massachusetts State Police
       Middleborough, Massachusetts

19.    Trooper Carlton Jackson
       Massachusetts State Police
       Middleborough, Massachusetts

20.    Trooper James Arroyo
       Massachusetts State Police
       Middleborough, Massachusetts

21.    Trooper Dean Levangie
       Massachusetts State Police
       Middleborough, Massachusetts

22.    Trooper Christopher Boyle
       Massachusetts State Police
       Middleborough, Massachusetts

23.    Trooper Lisa Buckley
       Massachusetts State Police
       Middleborough, Massachusetts

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

March 14, 2006

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant STEPHEN DAROSA, Eugene Patrick McCann, Esq., on March 14, 2006, via electronic filing (Manzi & McCann, Attorneys At Law, 59 Jackson Street, Lawrence, Massachusetts 01840).

/s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney