U.S. vs. Stephen DaRosa

Dear, Justice Young

My name is Stephen DaRosa and, you are the Judge who is currently presiding over my matter. The reason why I'm writing you, is to request for new counsel. And my reason for new counsel is, my current lawyer does not respond to my calls or my letters to inform me about whats going on about my case. I've been indicted for the last past seven months and I have not recieved one visit or paperwork for my case. I'm facing a significant amount of time and I feel that my attorney is not repersenting my best intrest and I lost all confidants in him. I've been trying to tell him that I didn't want him to repersent me for the last past couple of months, But I could not get in contact with him because he was on vacation. When I finally spoke to him today and explained to him my feelings about what was going on he told me," that it is not his fault, it is my fault because I dont want to cooperate with the government. I also talked to him about the fact of why he allowed the appointed time to pass without putting in my motions and his reasons were because he felt the motions would not go through and I clearly stated to him that it is worth a try and he disregaurded my request. So I am respectfully asking you for the right to obtain

new counsel on the grounds of insufficiant counsel because we obviously dont see eye to eye and I dont have the confidence in him to represent me in trial.

Sincerly yours,
Stephen Da Rosa

P.S
I'm also sending my current lawyer a letter asking him to remove himself from my case for the reasons stated in this letter.

Thank you for your time and have a nice day.