```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
                                      Criminal No.
 3                                    04-10307-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA        *
 6                                  *
     v.                              *   CHANGE OF PLEA
 7                                  *
     STEPHEN DAROSA                  *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10

11

12          BEFORE:  The Honorable William G. Young,
                             District Judge
13

14

15
     APPEARANCES:
16
              PAUL R. MOORE, Assistant United States
17      Attorney, 1 Courthouse Way, Suite 9200, Boston,
        Massachusetts 02210, on behalf of the Government
18

19            MANZI & McCANN (By Eugene Patrick McCann,
        Esq.), 59 Jackson Street, Lawrence, Massachusetts
20      01840, on behalf of the Defendant

21

22

23
                                    1 Courthouse Way
24                                  Boston, Massachusetts

25                                  April 14, 2006
```