```
 1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Criminal No.
 3                                         04-10307-WGY

 4

 5


 6   * * * * * * * * * * * * * * * *
                                    *
 7   UNITED STATES OF AMERICA       *
                                    *
 8   v.                             *   SENTENCING EXCERPT
                                    *
 9   STEPHEN DAROSA                 *
                                    *
10   * * * * * * * * * * * * * * * *

11

12            BEFORE:  The Honorable William G. Young,
                                 District Judge
13

14

15

16

17

18

19

20

21

22

23

24                                     1 Courthouse Way
                                       Boston, Massachusetts
25
                                       July 20, 2006
```

```
 1            THE COURT:  Very well.
 2            All right.  Consistent with the plea agreement,
 3   since it is an 11(c)(1)(C) plea, but also because as the
 4   judicial officer I am satisfied that the principles of 18
 5   United States Code, Section 3553 are accomplished,
 6   Mr. Darosa, I impose upon you eleven years in the custody of
 7   the United States Attorney General, which sentence is to be
 8   followed by five years of supervised release.  I impose no
 9   fine due to your inability to pay a fine.  I impose the $100
10   special assessment required by the law.
11            You will follow -- you will also comply with the
12   following specific conditions of your supervised released.
13   You'll refrain from any unlawful use of a controlled
14   substance; submit to drug testing not to exceed 104 drug
15   tests per year as directed by the probation office.  You
16   will submit to the collection of a DNA sample.  You're
17   prohibited from possessing a firearm, destructive device, or
18   other dangerous weapon.
19            Mr. Darosa, this plea has all been worked out and
20   it's for the Court to take it or leave it.  It is in the
21   Court's independent judgment, however, a fair and a just
22   sentence.  You have a lengthy criminal record.  This
23   sentence -- and you are a recidivist; you keep offending.
24   This sentence reflects that.
25            You have the right to appeal, notwithstanding all
```

```
 1    of this, you have the right to appeal.  Should you appeal
 2    and should your appeal be successful in whole or in part,
 3    this case will be resentenced before another judge.
 4            Mr. McCann, should there be an appeal, I want you
 5    to file a request for transcript with this Court before
 6    filing your notice of appeal so I can turn that around.
 7            Do you understand?
 8            MR. McCANN:  I understand, your Honor.
 9            (Whereupon the Court and the Clerk conferred.)
10            THE COURT:  Ms. Smith wants to be clear that I
11    accepted the plea.  I believe, as it is my practice in these
12    pleas, I do accept the plea and I have sentenced
13    accordingly.
14            Mr. Moore?
15            MR. MOORE:  Your Honor, I apologize for
16    interrupting the Court.  I just wanted to point out, and the
17    Court went through this pretty thoroughly in April with
18    Mr. Darosa, but there's, in Paragraph 6 of the plea
19    agreement there's a waiver of rights to appeal and bring
20    collateral challenge and --
21            THE COURT:  There may be.
22            MR. MOORE:  Yes.
23            THE COURT:  I'm not so sure I agree with that.
24            MR. MOORE:  Right.
25            THE COURT:  I stand on what I say.
```

```
 1          MR. MOORE:  Thank you, your Honor.
 2          MR. McCANN:  I understand, your Honor.  Thank you.
 3          THE COURT:  That's the sentence of the Court.
 4     We'll take a brief recess.
 5          THE CLERK:  All rise.
 6          MR. MOORE:  Thank you, your Honor.
 7          (Whereupon the matter concluded.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```