CR04-10307 -WGY

April 4th 2007

FILED
IN CLERKS OFFICE

2007 APR 11  P 12: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

To Whom It May Concern:

I Cassandra Fontes am requesting for Stephen DaRosa's Motion for Discovery documents that are being held in the Moakley Courthouse be sent to the address below upon his requests.

Stephen DaRosa **register number** 25736-038

Low Security Correctional Institution

Allenwood

P.O. Box 1000

White Deer, PA 17887

Sincerely,

*Cassandra Fontes*

Cassandra Fontes