UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                             **Criminal Action**
                                                             **No: 04-10307-WGY**

**UNITED STATES**
**Plaintiff**

v.

**STEPHEN DAROSA**
**Defendant**

ORDER APPOINTING FEDERAL DEFENDER

**YOUNG, C.J.**

    The Court hereby appoints Office of the Federal Defender to represent Stephen Darosa..

                                                            **By the Court,**

                                                            /s/ Elizabeth Smith

                                                            **Deputy Clerk**

**August 7, 2008**

**To: All Counsel**